IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00035-REB-MEH

SUSAN MURDIE,

    Plaintiff,

v.

STANDARD FIRE INSURANCE COMPANY,

    Defendant.

---

## MINUTE ORDER

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on January 14, 2009.**

    Plaintiff's State Court Motion to Realign Caption [filed January 9, 2009; docket #1-9] is **denied as moot**. In light of Plaintiff's Notice of Dismissal of State Court Defendant Manuela Nunez-Serna [docket #1-6], Defendant Nunez-Serna is not named as a Defendant in this matter.