**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No.   09-cv-00035-REB-MEH

SUSAN MURDIE,

      Plaintiff,

v.

THE STANDARD FIRE INSURANCE COMPANY,

      Defendant.

---

## ORDER OF DISMISSAL

---

**Blackburn, J.**

The matter before the court is the **Joint, Stipulated Motion To Dismiss With Prejudice** [#17] filed April 13, 2009.  After careful review of the motion and the file, I conclude that the motion should be granted and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1.  That the **Joint, Stipulated Motion To Dismiss With Prejudice** [#17] filed April 13, 2009, is **GRANTED**; and

2.  That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

Dated April 13, 2009, at Denver, Colorado.

                                        BY THE COURT:

                                        */s/ Bob Blackburn*
                                        Robert E. Blackburn
                                        United States District Judge